

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2019

No. 04-18-00111-CV

**IN THE INTEREST OF N.M.B., A CHILD,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI05268
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

The panel has considered the Appellant's Motion for En Banc Reconsideration, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court